IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 8:08CR444 |
| CHARLES E. NELSON, | ) | ORDER |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 8:08CR447 |
| AMBER J. JOHNS, | ) | ORDER |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 8:08CR449 |
| JEREMY NANCE, | ) | ORDER |
| Defendant. | ) | |

The United States and defendant Charles E. Nelson have filed motions to continue trial. For good cause shown, the motions will be granted, and the consolidated trial of these cases will be continued to Tuesday, June 9, 2009.

**IT IS ORDERED** that the motions to continue trial filed by Charles E. Nelson and the United States of America are granted, as follows:

1. The consolidated jury trial now set for May 5, 2009 is continued to **Tuesday, June 9, 2009.**

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **May 5, 2009 and June 9, 2009**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, as to all defendants. Counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED March 23, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**